# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

RAEGAN DANIELS-GLYNN,
    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

Case No. 1:11-cv-679
Spiegel, J.
Litkovitz, M.J.

**REPORT AND RECOMMENDATION**

On March 9, 2012, the Court ordered plaintiff to show cause in writing, within twenty (20) days why her complaint should not be dismissed for lack of prosecution due to her failure to promptly inform the Court of any changes in plaintiff's address that may occur during the pendency of this lawsuit. (Doc. 12). A certified copy of that Order was mailed to plaintiff, and returned to the Court on April 2, 2012 by the United States Postal Service marked as "Return to sender-Unclaimed". (Doc. 13).

To date, plaintiff has failed to comply with the Magistrate Judges' General Order Concerning Social Security Appeals (Doc. 11), and with the Order to show cause why this Court should not dismiss this case for lack of prosecution. Accordingly, dismissal is appropriate. Fed. R. Civ. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626, 630-631 (1962); *Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991).

### IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be **DISMISSED** with prejudice for lack of prosecution.

2. The Court certify pursuant to 28 U.S.C. § 1915(a) that for the foregoing reasons an appeal of this Order would not be taken in good faith and therefore deny plaintiff leave to appeal *in forma pauperis*. Plaintiff, a non-prisoner, remains free to apply to proceed *in forma pauperis* in the

Court of Appeals. *See Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Serv.*, 105 F.3d 274, 277 (6th Cir. 1997).

Date: 4/4/12

Karen L. Litkovitz
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

RAEGAN DANIELS-GLYNN,　　　　　Case No. 1:11-cv-679
　　　Plaintiff,　　　　　　　　　　　　Spiegel, J.
　　　　　　　　　　　　　　　　　　　Litkovitz, M.J.
　vs.
COMMISSIONER OF SOCIAL
SECURITY,
　　　Defendant.

**NOTICE TO THE PARTIES REGARDING THE FILING OF OBJECTIONS TO R&R**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to these proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of all parties may agree upon, or the Magistrate deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters*, 638 F. 2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140 (1985).

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☒ Agent ☐ Addressee |
| | B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Raegan Daniels-Glynn<br>8226 South Legare Court<br>#113<br>West Chester, Ohio 45069 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0002 6723 4682 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540