UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| | : | |
| RAEGAN DANIELS-GLYNN, | : | NO. 1:11-CV-00679 |
| o.b.o. T.D.D. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | **ORDER** |
| | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
| Defendant. | : | |

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 14), to which there were no objections. The Magistrate Judge recommended that Plaintiff's Complaint be dismissed for lack of prosecution.

Proper Notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct.

Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 14), and

DISMISSES Plaintiff's Complaint (doc. 4) with prejudice for lack of prosecution. The Court further CERTIFIES pursuant to 28 U.S.C. § 1915(a) that due to Plaintiff's lack of prosecution, any appeal of this Order would not be taken in good faith and the Court therefore DENIES Plaintiff leave to appeal <u>in</u> <u>forma</u> <u>pauperis</u>. Plaintiff, a non-prisoner, remains free to apply to proceed <u>in</u> <u>forma</u> <u>pauperis</u> in the Court of Appeals. <u>Callihan v. Schneider</u>, 178 F.3d 800, 803 (6th Cir. 1999).

SO ORDERED.

DATED: May 8, 2012        <u>s/S. Arthur Spiegel</u>
                          S. Arthur Spiegel
                          United States Senior District Judge